UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUISA PINZON,

        Plaintiff,

    v.

SIMPSON GUMPERTZ & HEGER INC.,

        Defendant.

Case No.  14-cv-05562-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, October 19, 2015 at 2:00 p.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION  TO BE COMPLETED BY: | July 31, 2015 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court authorization |
| NON-EXPERT DISCOVERY CUTOFF: | December 15, 2015 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: January 29, 2016<br>Rebuttal: February 8, 2016 |
| EXPERT DISCOVERY CUTOFF: | February 19, 2016 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | December 15, 2015<br>File  10/27/15; Opposition due 11/17/15; Repy due 12/1/15 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, March 11, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | March 18, 2016 |
| PRETRIAL CONFERENCE: | Friday, April 1, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, April 18, 2016 at 8:30 a.m. for 5 days<br>(Jury Trial) |

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

United States District Court
Northern District of California

United States District Court
Northern District of California

1   Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet

2   and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance

3   hearing on <u>Friday, March 11, 2016 at 9:01 a.m.</u> is intended to confirm that counsel have reviewed

4   the Court's Pretrial Setting Instructions and are in compliance therewith.  The compliance hearing

5   shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

6   Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page

7   JOINT STATEMENT confirming they have complied with this requirement or explaining their

8   failure to comply.  If compliance is complete, the parties need not appear and the compliance

9   hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have

10  submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

11         The parties must comply with both the Court's Standing Order in Civil Cases and Standing

12  Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All

13  Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

14         **IT IS SO ORDERED.**

15  Dated: April 17, 2015

16  _____
    YVONNE GONZALEZ ROGERS
17  United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28