Sonya L. Smallets, Esq. (SBN226190)
Aaron P. Minnis, Esq. (SBN202935)
Sean D. McHenry, Esq. (SBN284175)
MINNIS & SMALLETS LLP
369 Pine Street, Suite 500
San Francisco, California 94104
T: (415) 551-0885
F: (415) 683-7157
E: sonya@minnisandsmallets.com

Attorneys for Plaintiff
LUISA PINZON

Sarah E. Roberston, Esq. (SBN142439)
Casey L. Williams, Esq. (SBN280324)
DONAHUE FITZGERALD LLP
1999 Harrison Street, 25th Floor
Oakland, California  94612
T: (510) 451-3300
F: (510) 451-1527
E: srobertson@donahue.com
    cwilliams@donahue.com

Attorneys for Defendant
SIMPSON GUMPERTZ & HEGER INC.

**GRANTED**
*[signature]*
Judge Yvonne Gonzalez Rogers
9/8/15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LUISA PINZON,<br><br>PLAINTIFF,<br><br>vs.<br><br>SIMPSON GUMPERTZ & HEGER INC.;<br>& DOES 1 THROUGH 10, INCLUSIVE,<br><br>DEFENDANTS. | **Case No.:** 3:14-cv-05562-YGR<br><br>STIPULATION OF DISMISSAL<br><br><br><br><br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1 – 4th Floor<br>Complaint filed: November 18, 2014 |

-1-

1  IT IS HEREBY STIPULATED by and between the parties to this
2  action through their designated counsel that the above-captioned action be
3  and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: September 4, 2015            MINNIS & SMALLETS LLP

                                    by:  /s/ Sonya L. Smallets
                                         SONYA L. SMALLETS, Esq.
                                         Attorneys for Plaintiff
                                         LUISA PINZON

DATED: September 4, 2015            DONAHUE FITZGERALD LLP

                                    by:  /s/ Casey L. Williams
                                         CASEY L. WILLIAMS, Esq.
                                         Attorneys for Defendant
                                         SIMPSON GUMPERTZ & HEGER INC.